# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:18 mj 722
)
USPS Retail Ground Package Tracking Number 9534614802288305190297, )
postmarked November 1, 2018, 16 pounds 6.4 ounces, addressed to CLARA )
YEPEZ P.O. BOX 8583 HIDALGO, TX 78557 [sic] with a return address of )
JUAN DOMINGUEZ 836 W. MAIN ST TROY, OH 45373 [sic].

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 NOV -2 PM 1:56
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
USPS Retail Ground Package Tracking Number 9534614802288305190297

located in the ___Southern___ District of ___Ohio___ , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
|  | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Rossiter

☒ Continued on the attached sheet.
☐ Delayed notice ____ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph L. Rossiter, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-2-18

*Judge's signature*

City and state: Dayton, Ohio

Honorable Sharon L. Ovington
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO            )
                         ) SS
COUNTY OF MONTGOMERY     )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since May 2016. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Based on my training and experience, I also know that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the U.S. Mail was used, I have learned of certain characteristics indicative of other U.S Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send packages, false or non-existent return address, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On November 2, 2018 I intercepted the package at the Troy Post Office in Troy, OH. The package is further identified as USPS Retail Ground Package Tracking Number 9534614802288305190297 addressed to CLARA YEPEZ P.O. BOX 8583 HIDALGO, TX 78557 [sic] with a return address of JUAN DOMINGUEZ 836 W. MAIN ST TROY, OH 45373 [sic] (Here after referred to as "the Package").

I did a check in CLEAR of the addressee's information on the Package CLARA YEPEZ P.O. BOX 8583 HIDALGO, TX 78557. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR there is a "Clara Yepez" associated with PO Box 8583, Hidalgo, TX 78557.

I did a check in CLEAR on the sender's on the Package of JUAN DOMINGUEZ 836 W. MAIN ST TROY, OH 45373. According to CLEAR, there is no "Juan Dominguez" associated with 836 W Main St, Troy, OH 45373.

On November 2, 2018 Montgomery County Sheriff's Office Detective Anthony Hutson conducted a narcotic canine check of the Package. The Package was placed in a controlled area and presented to narcotic canine, "Gunner." "Gunner" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the Package. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examinations.

The Package is further identified as follows: Brown Box, 19" x 13" x 14" in size, bearing tracking number 9534614802288305190297, weighing 16 pounds 6.4 ounces, postmarked November 1, 2018, 018; see address information below:

        Sender:    JUAN DOMINGUEZ
                          836 W. MAIN ST
                          TROY, OH 45373

        Addressee:   CLARA YEPEZ
                          P.O. BOX 8583
                          HIDALGO, TX 78557

This information along with the positive alert of narcotic canine "Gunner" is indicative of drug packages or its proceeds.

Based on the information contained herein, I believe that contained in the Package is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

_____
Joseph L. Rossiter
Postal Inspector

Subscribed and sworn to and before me this 2nd day of Nov, 2018.

_____
Honorable Sharon L. Ovington
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

OFFICER AFFIDAVIT

I, ANTHONY HUTSON, am and have been employed by the MONTGOMERY CO. S.O. since 1998. Among other duties, I am currently the assigned handler of narcotics detection canine GUNNER which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 11-2-18, at the request of Postal Inspector ROSSITER I responded to Dayton P&DC where GUNNER did alert to and indicate upon:

(describe item)

9534 6148 0228 8305 1902 97
From: JUAN DOMINGUEZ        To: CLARA YEPEZ
836 W. MAIN ST              P.O. BOX 8583
TROY, OH 45373              HIDALGO, TX 78557

Which, based upon my training and experience and that of GUNNER indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 10/
(Signature and Date)
_____ 11/2/18
(Signature and Date)

Cincinnati Field Office
15 Central Avenue, Suite 400
Cincinnati, OH 45202-5740
Telephone: 877-876-2455
FAX: 513-684-8000